IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01144 BnB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2008

GREGORY C. LANGHAM
CLERK

SHAREE RUFFIN,

    Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity,
GLORIA ORTIZ, aka Gloria Malveaux,
RAYMOND MALVEAUX, JR.,
CELIA CHAVARRIA,
OCTIVIOUS FRUCHLER,
BARBRA IGLESIAS,
CLAUDIA MIGUEL,
COUNTY OF ARAPAHOE, a state municipal entity,
COUNTY OF ARAPAHOE HOUSING AUTHORITY, a county entity,
URBAN PROPERTY MANAGEMENT INC., a corporate entity,
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, and
    inspector in their official and individual capacity,
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, and
    inspector in their official and individual capacity,
COLORADO HOUSING AND FINANCE AUTHORITY, a state entity,
THOMAS PARRA, a state employee, in his individual and official capacity,
MARK FEILMEIER, a state employee, in his individual and official capacity,
CITY OF AURORA, a metropolitan in the State of Colorado,
AURORA HOUSING AUTHORITY, a municipal entity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing
    Authority, in their official and individual capacity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing
    Authority, in their official and individual capacity, and
VG HOUSING LP, a corporate entity,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion to Provide Service of Summons and Complaint Pursuant to Fed.R.Civ.P Rule 4, and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) ___ is not submitted
- (2) _X_ is not on proper form (must use the court's current form)
- (3) ___ is missing original signature by Plaintiff
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) ___ affidavit is not notarized or is not properly notarized
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ An original and a copy have not been received by the court. Only an original has been received.
- (9) ___ other _____

**Complaint or Petition:**
- (10) ___ is not submitted
- (11) _X_ is not on proper form (must use the court's current form)
- (12) ___ is missing an original signature by the Plaintiff
- (13) ___ is incomplete
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___ names in caption do not match names in text
- (18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form(s): Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of May, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **08-CV-01144**

Sharee Ruffin
13032 E. 14th Place
Bldg. 3 - Apt #1
Denver, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint form** to the above-named individuals on _5/30/08_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk