IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01144-BNB

SHAREE RUFFIN,

    Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity,
GLORIA ORTIZ aka GLORIA MALVEAUX,
RAYMOND MALVEAUX, JR.,
CELIA CHAVARRIA,
OCTIVIOUS FRUCHLER,
BARBRA IGLESIAS,
CLAUDIA MIGUEL,
COUNTY OF ARAPAHOE, a state municipal entity,
COUNTY OF ARAPAHOE HOUSING AUTHORITY, a county entity,
URBAN PROPERTY MANAGEMENT, INC., a corporate entity,
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an
    inspector in their official and individual capacity,
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an
    inspector in their official and individual capacity,
COLORADO HOUSING AND FINANCE AUTHORITY, a state entity,
THOMAS PARRA, a state employee, in his individual and official capacity,
MARK FEILMEIER, a state employee, in his individual and official capacity,
CITY OF AURORA, a metropolitan in the State of Colorado,
AURORA HOUSING AUTHORITY, a municipal entity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing
    Authority, in their individual and official capacity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing
    Authority, in their individual and official capacity, and
VG HOUSING, LP, a corporate entity,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 5 2008

GREGORY C. LANGHAM
    CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Enlargement of Time to Cure Defects" filed on June 23, 2008, is GRANTED as follows: Plaintiff shall have up to and including **July 31, 2008**, to cure the deficiencies if she wishes to pursue her claims in this action. Plaintiff's "Motion for the Acceptance of Installment Payments" filed on May 30, 2008, is DENIED as

moot. Plaintiff's "Motion to Provide Service of Summons and Complaint Pursuant to Fed.R.Civ.P Rule 4" filed on May 30, 2008, is DENIED as premature.

Dated: June 25, 2008

---

Copies of this Minute Order mailed on June 25, 2008, to the following:

Sharee Ruffin
13032 E. 14th Place
Bldg. 3 - Apt. #1
Denver, CO 80011

_____
Secretary/Deputy Clerk