IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01144-BNB

SHAREE RUFFIN,

    Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity,
GLORIA ORTIZ aka GLORIA MALVEAUX,
RAYMOND MALVEAUX, JR.,
CELIA CHAVARRIA,
OCTIVIOUS FRUCHLER,
BARBRA IGLESIAS,
CLAUDIA MIGUEL,
COUNTY OF ARAPAHOE, a state municipal entity,
COUNTY OF ARAPAHOE HOUSING AUTHORITY, a county entity,
URBAN PROPERTY MANAGEMENT, INC., a corporate entity,
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an
    inspector in their official and individual capacity,
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an
    inspector in their official and individual capacity,
COLORADO HOUSING AND FINANCE AUTHORITY, a state entity,
THOMAS PARRA, a state employee, in his individual and official capacity,
MARK FEILMEIER, a state employee, in his individual and official capacity,
CITY OF AURORA, a metropolitan in the State of Colorado,
AURORA HOUSING AUTHORITY, a municipal entity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing
    Authority, in their individual and official capacity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing
    Authority, in their individual and official capacity, and
VG HOUSING, LP, a foreign corporate entity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2008

GREGORY C. LANGHAM
    CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 22, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01144-BNB

Sharee Ruffin
13032 E. 14th Place
Bldg. 3 - Apt #1
Denver, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/22/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk