IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**


Civil Action No. 08-cv-01144-WYD-KMT


SHAREE RUFFIN,

      Plaintiff,

v.

VILLAGE GREEN APARTMENTS, a corporate entity,
GLORIA ORTIZ aka GLORIA MALVEAUX,
RAYMOND MALVEAUX, JR.,
CELIA CHAVARRIA,
OCTIVIOUS FRUCHLER,
BARBRA IGLESIAS,
CLAUDIA MIGUEL,
COUNTY OF ARAPAHOE, a state municipal entity,
COUNTY OF ARAPAHOE HOUSING AUTHORITY, a county entity,
URBAN PROPERTY MANAGEMENT, INC., a corporate entity,
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an
instpector in their official and individual capacity,
COLORADO HOUSING AND FINANCE AUTHORITY, a state entity,
THOMAS PARRA, a state employee, in his individual and official capacity,
MARK FEILMEIER, a state employee, in his individual and official capacity,
CITY OF AURORA, a metropolitan in the State of Colorado,
AURORA HOUSING AUTHORITY, a municipal entity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in
their individual and official capacity,
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in
their individual and official capacity,
VG HOUSING, LP, a foreign corporate entity,

      Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Defendants Colorado Housing Authority, Thomas Parra and Mark Feilmeier's Motion for Extension of Time in Which to Move, Answer or Otherwise Respond to the Complaint" (#30, filed July 24, 2008) is GRANTED in part. The defendants, Colorado Housing Authority ("CHFA"), Thomas Parra and Mark Feilmeier, shall file their answer or other response to the Amended Complaint on or before **August 14, 2008**.

Defendants', Village Garden Apartments (Defendant #1), Gloria Oritz (Defendant #2), Raymond Malveaux (Defendant #3), Celia Chavarria (Defendant #4), Octivious Fruchler (Defendant #5), Barbara Iglesias (Defendant #6), and Claudia Miguel (Defendant #7) (collectively the "Village Gardens Defendants"), "**Motion for a More Definite Statement**" (#34, filed July 29, 2008) is DENIED for failure to confer with Plaintiff before filing the present motion. The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Dated: July 31, 2008