## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-01144-WYD-KMT

SHAREE RUFFIN,

Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity;
GLORIA ORTIZ, a/k/a GLORIA MALVEAUX;
RAYMOND MALVEAUX, JR.;
CELIA CHAVARRIA;
OCTIVIOUS FRUCHLER;
BARBRA IGLESIAS;
CLAUDIA MIGUEL;
COUNTY OF ARAPAHOE, a state municipal entity;
COUNTY OF ARAPAHOE HOUSING AUTHORITY, a county entity;
URBAN PROPERTY MANAGEMENT, INC., a corporate entity;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
COLORADO HOUSING AND FINANCE AUTHORITY, a state entity;
THOMAS PARRA, a state employee, in his individual and official capacity;
MARK FEILMEIER, a state employee, in his individual and official capacity;
CITY OF AURORA, a metropolitan in the State of Colorado;
AURORA HOUSING AUTHORITY, a municipal entity;
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity;
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity; and
VG HOUSING, L.P., a foreign corporate entity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Stipulation for Dismissal with Prejudice of Defendant Aurora Housing Authority, and the Court having

reviewed the pleadings and the file and being fully apprised in the premises, it is hereby

ORDERED that defendant Aurora Housing Authority is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

Dated: October 6, 2008

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE