IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.: 08-cv-01144-WYD-KMT

SHAREE RUFFIN,

Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity;
GLORIA ORTIZ, a/k/a GLORIA MALVEAUX;
RAYMOND MALVEAUX, JR.;
CELIA CHAVARRIA;
OCTIVIOUS FRUCHLER;
BARBRA IGLESIAS;
CLAUDIA MIGUEL;
URBAN PROPERTY MANAGEMENT, INC., a corporate entity;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
COLORADO HOUSING AND FINANCE AUTHORITY, a state entity;
THOMAS PARRA, a state employee, in his individual and official capacity;
MARK FEILMEIER, a state employee, in his individual and official capacity;
CITY OF AURORA, a metropolitan in the State of Colorado;
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity;
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity; and
VG HOUSING, L.P., a foreign corporate entity,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER, having come before the Court upon the parties' Stipulation for Dismissal with Prejudice of Defendant City of Aurora [doc. #88, filed November 6, 2008], and the Court, having reviewed the pleadings and the file and being fully apprised in the

premises, it is hereby

ORDERED that Defendant City of Aurora is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

Dated: November 10, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE