IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.: 08-cv-01144-WYD-KMT

SHAREE RUFFIN,

Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity;
GLORIA ORTIZ, a/k/a GLORIA MALVEAUX;
RAYMOND MALVEAUX, JR.;
CELIA CHAVARRIA;
OCTIVIOUS FRUCHLER;
BARBRA IGLESIAS;
CLAUDIA MIGUEL;
URBAN PROPERTY MANAGEMENT, INC., a corporate entity;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
COLORADO HOUSING AND FINANCE AUTHORITY, a state entity;
THOMAS PARRA, a state employee, in his individual and official capacity;
MARK FEILMEIER, a state employee, in his individual and official capacity;
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity;
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity; and
VG HOUSING, L.P., a foreign corporate entity,

    Defendants.

## ORDER

THIS MATTER, having come before the Court upon the Stipulation for Dismissal with Prejudice of Defendants Colorado Housing and Finance Authority, Mark Feilmeier, and Thomas Parra [doc. #92, filed November 17, 2008], and the Court having reviewed the file

and the pleadings, and being fully advised, it is hereby

ORDERED that Defendants Colorado Housing and Finance Authority, Mark Feilmeier, and Thomas Parra are hereby **DISMISSED WITH PREJUDICE**, each party to pay its own attorneys fees and costs.

Dated: November 17, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE