IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-01144-WYD-KMT

SHAREE RUFFIN,

Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity;
GLORIA ORTIZ, a/k/a GLORIA MALVEAUX;
RAYMOND MALVEAUX, JR.;
CELIA CHAVARRIA;
OCTIVIOUS FRUCHLER;
BARBRA IGLESIAS;
CLAUDIA MIGUEL;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
UNKNOWN ARAPAHOE COUNTY EMPLOYEE, for the Public Housing Authority, an inspector in their official and individual capacity;
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity; and
UNKNOWN AURORA CITY EMPLOYEE, an inspector for the Aurora Housing Authority, in their individual and official capacity,

Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

In light of the settlement reached in this case, as reflected in Magistrate Judge Kathleen M. Tafoya's Minute Order of February 25, 2009 [doc. #105], the Motion to Dismiss of Defendants Colorado Housing and Finance Authority, Mark Feilmeier, and Thomas Parra [doc. #47, filed August 14, 2008], Motion for More Definite Statement [doc. #41, filed August 1, 2008], and City of Aurora's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(1) and (6) [doc. #36, filed July 31, 2008] are **DENIED WITHOUT PREJUDICE**.

Dated: March 2, 2009