IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-01144-WYD-KMT | FTR |
| Date: March 24, 2009 | Debra Brown, Deputy Clerk |
| SHAREE RUFFIN | William D. Thode |
| Plaintiffs. | |
| v. | |
| VILLAGE GARDEN APARTMENTS | Leigh Coyle Anderson |
| COLORADO HOUSING AND FINANCE, et al.<br>CITY OF AURORA | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 10:33 a.m.**

Court calls case. Appearance by counsel. Also present is Plaintiff, Sharee Ruffin.

Defendant's "MOTION to Enforce Settlement, Motion for Sanctions, and Certificate of Compliance with D.C.COLO.L.CivR 7.1(A)" [Document #107, filed March 17, 2009] at issue:
Statements by Mr. Thode.
Statements by Ms. Anderson.

**ORDERED:** Defendant's "MOTION to Enforce Settlement, Motion for Sanctions, and Certificate of Compliance with D.C.COLO.L.CivR 7.1(A)" [Document #107, filed March 17, 2009] **is GRANTED as stated on the record, each party to bear their own costs.**

**Court in recess: 10:42 a.m.**
Total In-Court Time 0:09; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.