IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.: 08-cv-01144-WYD-KMT

SHAREE RUFFIN,

Plaintiff,

v.

VILLAGE GARDEN APARTMENTS, a corporate entity;
GLORIA ORTIZ, a/k/a GLORIA MALVEAUX;
RAYMOND MALVEAUX, JR.;
CELIA CHAVARRIA;
OCTIVIOUS FRUCHLER;
BARBRA IGLESIAS; and
CLAUDIA MIGUEL,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice [doc. #114, filed March 24, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his, her, or its own attorney's fees and costs.

Dated: March 25, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge